JAMES S. BARRON, Respondent, v. SHARE AND DEBENTURE CORPORATION, GEORGE B. CALDWELL, STANLEY P. WOODARD and JEROME SIMMONS, Defendants. CLARENCE S. DAME, Appellant.— Order denying motion to dismiss complaint as against defendant Dame affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.

BOROUGH HALL STEAM LAUNDRY, INC., Appellant, v. BAHGAT SAWAFF, Respondent.— Order as amended, and order upon reargument, denying motion for injunction *pendente lite*, reversed upon the law; with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Respondent contends that he was wrongfully discharged, but that is a question to be determined upon the trial. Concededly, he now is violating his contract by engaging in the laundry business in the Bay Ridge section. Hagarty, Seeger, Carswell and Scudder, JJ., concur; Lazansky, P. J., concurs to the extent of restraining defendant from dealing with plaintiff's customers.

BENJAMIN BROWN, Appellant, Respondent, v. EDITH BROWN, Respondent, Appellant.— Order confirming in part report of official referee, in so far as appealed from, and judgment entered thereon, dismissing complaint upon the merits, unanimously affirmed, with costs to respondent, appellant. No opinion. Present — Lazansky, P. J., Rich, Young, Carswell and Scudder, JJ.

MINNIE DRUCKERMAN, Respondent, v. JULIA LUCHOW, Appellant.— Order denying defendant's motion to amend judgment by striking therefrom certain findings reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The findings in question were not material or relevant to the issues and have no place in the decision and judgment. The judgment in so far as appealed from is modified accordingly, and as so modified unanimously affirmed, with disbursements to appellant. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.

JAMES W. ENGLAND, Respondent, v. JOHN CARNER, Appellant.— Order granting plaintiff's motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Seeger, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents.

ARTHUR E. FANROTH, Respondent, v. JAMES J. BYRNE, as President of the Borough of Brooklyn, City of New York, and JAMES J. HEFFERNAN, as Superintendent of Highways of the Borough of Brooklyn, City of New York, Appellants.— Judgment reversed upon the law, with costs, and judgment directed dismissing the complaint, with costs, upon the authority of *Greeley Sight Seeing Co.* v. *Byrne* (224 App. Div. 752). Young, Hagarty, Seeger, Carswell and Scudder, JJ., concur.